SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 07-6622-VBF(FFMx)**                                                                 Dated: **February 19, 2008**

Title:   Mark Baker, et al. *-v-* Varitalk, Inc., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

| Rita Sanchez | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

None Present                                                              None Present

**PROCEEDINGS (IN CHAMBERS):**     **ORDER TO SHOW CAUSE RE PROOF OF SERVICE**

   While this action was removed on October 12, 2007, the Plaintiffs have only filed proof of service as to Defendants Goldberg and Varitalk. *See* FRCP 4(l). Therefore, the Court, on its own motion, sets an Order to Show Cause re: Proof of Service for March 3, 2008 at 8:30 am as to Defendants Anthony James and Richard Davis. If the Plaintiffs file proof of service as to these Defendants by February 25, 2008, the hearing will be taken off-calendar.

MINUTES FORM 90                                                                     Initials of Deputy Clerk   rs
CIVIL - GEN