TISDALE & NICHOLSON, LLP                                           JS-6
Kevin D. Hughes (SBN 188749)
Email: KHughes@T-NLaw.com
2029 Century Park East, Suite 900
Los Angeles, CA 90067
Telephone: (310) 286-1260
Facsimile: (310) 286-2351
Attorneys for Defendant and Counterclaimant VARITALK, INC.

KRANE & SMITH
Marc Smith (SBN 72717)
Email: Marc@kranesmith.com
16255 Ventura Boulevard, Suite 600
Encino, CA 91436
Telephone: (818) 382-4000
Facsimile: (818) 382-4001
Attorneys for Plaintiffs and Counter Defendants MARK BAKER
and ECLIPS, LLC and Cross Defendant LANE STEVENS

Frederick Lowe, IN PRO PER
Email: frederick.lowe@varitalk.com
656 W. Randolph, Suite 2E
Chicago, IL 60661
Telephone: (312) 715-8255
IN PRO PER

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK BAKER, an individual; and ECLIPS, LLC, a California Limited Liability Company, | Case No.: CV-07-6622 VBF (FFMx) |
| Plaintiffs, | ORDER DISMISSING THE ACTION |
| vs. | |
| VARITALK, INC., a Delaware corporation; FREDERICK LOWE, an individual; DEREK GOLDBERG, an individual; STEPHEN DRIMMER, an individual; ANTHONY JAMES, an | |

1

C:\Tmp\Domino Web Access\Proposed Order re Stipulation of Dismissal (KDH1949).DOC
CV 07-6622-VBF (FFMx)

individual; and RICHARD DAVIS, an individual; and DOES 1 through 40, inclusive,

            Defendants.

AND RELATED CROSS-ACTION

## ORDER DISMISSING THE ACTION

The Court, having considered the Parties' Stipulation of Dismissal, and good cause therefore appearing,

**IT IS HEREBY ORDERED** that the Action is dismissed with prejudice, subject to the right of Plaintiff Mark Baker to bring an Attorneys' Fees Motion relating to the delay in payment of the Initial Payment pursuant to the parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated: March 4, 2011        _____

                                       The Honorable Valerie Baker Fairbank
                                       U.S. District Court Judge